NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702-388-6378
jared.l.grimmer@usdoj.gov

*Attorneys for Plaintiff*
*The United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00221-JCM-DJA |
| Plaintiff, | **Motion to Unseal Case** |
| v. | |
| JOSE MANUEL ARMENTA-LIERA, aka "Jose Manuel Armenda," | |
| Defendant. | |

The United States of America, by and through its attorneys, Nicholas Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the Government states:

1. On or about July 10, 2020, a Complaint was filed with the Court, charging Mr. Armenta-Liera with violation of 8 U.S.C. § 1326(a) and (b), Deported Alien Found in the United States. *See* ECF No. 1, 2:20-mj-00563-BNW.

2. Mr. Armenta-Liera made an initial appearance before the Court on or about July 14, 2020, and was ordered detained pending trial. *Id.* at ECF Nos. 4, 12. Mr. Armenta-Liera remains detained by the U.S. Marshals Service.

3. Mr. Armenta-Liera has signed a plea agreement with the United States, and this Court has set a change of plea hearing for October 16, 2020. This case was not sealed when before the Magistrate Court, but when set before this Court, it was designated as sealed.

4. Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is not necessary.

**DATED** this 2nd day of September, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*//s//*
_____
JARED L. GRIMMER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00221-JCM-DJA |
| Plaintiff, | **Order Unsealing Case** |
| v. | (Proposed) |
| JOSE MANUEL ARMENTA-LIERA, aka "Jose Manuel Armenda," | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Jose Manuel Armenta-Liera,* is unsealed.

**DATED** this 3rd day of September, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge