RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Jose Manuel Armenta-Liera

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>JOSE MANUEL ARMENTA-LIERA,<br><br>              Defendant. | Case No. 2:20-cr-00221-JCM-DJA<br><br>**STIPULATION TO CONTINUE WAIVER OF AN INDICTMENT, PLEA, AND SENTENCING HEARING**<br>(First Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Jose Manuel Armenta-Liera, that the Waiver of an Indictment, Plea, and Sentencing Hearing currently scheduled on October 16, 2020 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than one week.

   This Stipulation is entered into for the following reasons:

   1.   Mr. Armenta-Liera raised some questions in his last meeting with defense counsel regarding his change of plea and the sentencing process. In order to address these

questions and ensure that his plea and waivers are knowing and voluntary, defense counsel requests additional time to meet with her client with an interpreter.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Waiver of an Indictment, Plea, and Sentencing hearing.

DATED this 13th day of October, 2020.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE MANUEL ARMENTA-LIERA,<br><br>　　　　Defendant. | Case No. 2:20-cr-00221-JCM-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Waiver of an Indictment, Plea, and Sentencing hearing currently scheduled for Friday, October 16, 2020 at 11:00 a.m., be vacated and continued to  December 4, 2020  at the hour of 11:00 a.m.

DATED October 13, 2020.

_____
UNITED STATES DISTRICT JUDGE

3